FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 8 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00118-MSK

SOPHIA HOLLIS,

    Plaintiff,

v.

JOHN HAMMONS HOTEL & TRAVLERS [sic],

    Defendant.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

**ORDERED** that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

DATED this 28th day of January, 2009.

                        BY THE COURT:

                        */s/ Marcia S. Krieger*

                        Marcia S. Krieger
                        United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00118-MSK-MEH

Sophia Hollis
3661 S.Pitkin Circle
Aurora, CO 80013

US Marshal Service
Service Clerk
Service forms for: John Hammons Hotel & Travlers [sic]

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on John Hammons Hotel & Travlers [sic]: TITLE VII COMPLAINT FILED 01/22/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 1/29/09.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk